UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

Trenton                                    April 27, 2007
Office                                     Date of Proceedings

Judge Freda L. Wolfson, USDJ

Court Reporter: Vinnie Russoniello
Deputy Clerk   Jackie Gore

Title of Case:                        Docket Cr.05-888-04(FLW)

U.S.A.
   V
MELISSA RAMLAKHAN
(PRESENT)                                  RECEIVED

Appearances:                               APR 2 7 2007

Jason Richardson, AUSA for Govt.           AT 8:30_____M
Carl J. Herman, Esq. for Deft.                WILLIAM T. WALSH
                                                    CLERK

Nature of Proceedings: SENTENCING:

Application by Govt. for downward departure.
Court Ordered Application Granted.
Deft. committed to the custody of BOP to be imprisoned for a term
of Timed Served as to count 1 & count 2, to be served
concurrently.
Supervised Release: Six Years, 3 years as to count 1 and 3 years
on count two, to run consecutively, w/special conditions.
Fine Waived.
Special Assessment:  $100.00 as to each count 1 & 2 for a total
of $200.00.
Motion by Govt. to dismiss original indictment. Motion Granted
Commenced: 11:30 AM
Adjourned: 12:15 PM

                                      S/Jacqueline Gore
                                      Deputy Clerk